IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BEN VAZQUEZ                                                                                          PETITIONER

v.                                          NO. 2:10CV00075 JLH

T.C. OUTLAW, Warden,                                                                          RESPONDENT
FCC Forrest City, Arkansas

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Ben Vazquez is dismissed; all requested relief is denied. Judgment will be entered for respondent T.C. Outlaw.

IT IS SO ORDERED this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE