# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BEN VAZQUEZ                                                                                       PETITIONER

v.                              NO. 2:10CV00075 JLH

T.C. OUTLAW, Warden,                                                                    RESPONDENT
FCC Forrest City, Arkansas

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent T.C. Outlaw.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Ben Vazquez is dismissed.  All requested relief is denied.

IT IS SO ORDERED this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE